IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |
| W.R. Grace & Co., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000,<br><br>           Defendants. | Adv. Proc. No. A-01-771 |

## NOTICE OF APPEAL

Claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana[1] (the "Libby Claimants"), pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8002, and Del. Bankr. LR 8001-1, hereby appeal from the order enjoining the Libby Claimants from prosecuting their tort claims against the State of Montana in the Montana District Courts for Lincoln, Cascade, and Lewis and Clark Counties, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, on December 19, 2005, (the "Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in this case, as it may be amended and supplemented from time to time.

| **Party** | **Counsel of Record** |
|---|---|
| W.R. Grace & Co. | David M. Bernick, Esq.<br>Janet S. Baer, Esq.<br>Lori Sinanyan, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br><br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>(302) 652-4100 |
| State of Montana | Francis A. Monaco, Jr., Esq.<br>Kevin J. Mangan, Esq.<br>MONZACK AND MONACO, P.A.<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19899-203<br>(302) 656-8162 |

| | |
|---|---|
| Dated: December 29, 2005 | LANDIS RATH & COBB LLP |

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505

Counsel for the Libby Claimants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| -against- | ) | |
| | ) | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, | ) | |
| ROBERT H. LOCKE, JACKIE | ) | |
| ELLISON, MARCIA ELLISON, | ) | |
| CARY YOUPEE, RUPPLE K. PERRY, | ) | Objection Deadline: October 7, 2005 at 4:00 p.m. |
| THE STATE OF MICHIGAN, ALICE | ) | Hearing Date: October 24, 2005 at 12:00 p.m. |
| SMOLKER, GARY SMOLKER, | ) | Re: Agenda Items 3 and 4 |
| HOME SAVING TERMITE | ) | |
| CONTROL, GLORIA MUNOZ, | ) | Re: ADV 367 |
| EXXON MOBILE CORPORATION | ) | |
| ET AL., AND JOHN DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXPAND PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST THE STATE OF MONTANA**

The Debtors hereby request authority, pursuant to Del.Bankr.LR 9006-1(d), to file a reply in further support of *"Debtors' Motion to Expand Its Preliminary Injunction to Include Actions Against the State of Montana"* (Docket No. 359) (the "Motion").

On October 7, 2005, the Libby Claimants filed an objection to the Motion (Docket No. 363) (the "Objection"). The Objection (i) ignores relevant precedent in *this very adversary proceeding* wherein both this Court and the Third Circuit already decided the relevant issues and dismissed the exact same arguments related to subject matter jurisdiction that the Libby

DOCS_DE:112330.1

Date 10-14-05
Docket # 367

dismissed the exact same arguments related to subject matter jurisdiction that the Libby Claimants now raise in their Objection; and (ii) is based in large part on an incorrect reading and interpretation of the Third Circuit opinion in Combustion Engineering. As a result, the Debtors seek to file a Reply to address these two issues raised by the Libby Claimants' Objection.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, which is attached hereto as Exhibit 1.

Dated: October 14, 2005

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lori Sinanyan
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

SO ORDERED this 15 day
of ~~October~~, 2005
Dec

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

K&E 10768601.1
DOCS_DE 112330.1

# TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
# U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:**   01-771
**Related Bankruptcy Case #:** 01-1139 JKF
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**          Lori M. Coster

**Case Type:**                               Adversary

**Nature of Suit:**                          434

**Cause of Transmittal:**                    Notice of Appeal

**Parties:**                                 WR Grace, et al. V. Chakarian, et al.

**Plaintiff's Counsel:**

**David W. Carickhoff, Jr**
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899
302-652-4100
Fax : 302-652-4400
Email: dcarickhoff@pszyj.com

**David W. Carickhoff, Jr**
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
usa
302-425-6400
Fax : 302-425-6464
Email: carickhoff@blankrome.com

**James E. O'Neill**
Pachulski, Stang, Ziehl, Young & Jones

919 North Market Street, 16th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705  
usa  
302-652-4100  
Fax : 302-652-4400  
Email: jo'neill@pszyj.com  

**Laura Davis Jones**  
Pachulski, Stang, Ziehl Young & Jones  
919 N. Market Street  
16th Floor  
Wilmington, DE 19899-8705  
usa  
302 652-4100  
Fax : 302-652-4400  
Email: ljones@pszyjw.com  

**Paula Ann Galbraith**  
211 East Ohio # 2618  
Chicago, IL 60611  
312-832-9068  
Fax : 312-832-9068  

**Scotta Edelen McFarland**  
Pachulski Stang Ziehl Young Jones  
10100 Santa Monica Blvd  
11th Floor  
Los Angeles, CA 90067  
310-203-4260  
Fax : 310-201-0760  
Email: smcfarland@pszyj.com  

**Scotta Edelen McFarland**  
Pachulski Stang Ziehl Young & Jones PC  
10100 Santa Monica Blvd  
11th Floor  
Los Angeles, CA 90067  
usa  
310-203-4260  
Fax : 310-201-0760  
Email: smcfarland@pszyj.com  

**Carey Youpee** represented by

**Brian A. Sullivan**
Werb & Sullivan
300 Delaware Avenue
10th Floor
P.O. Box 25046
Wilmington, DE 19899
usa
302-652-1100
Fax : 302-652-1111
Email: bsullivan@werbsullivan.com
*TERMINATED: 02/26/2003*
*LEAD ATTORNEY*

**Defendant's Counsel:**

**MARGARET CHAKARIAN,** represented by **MARGARET CHAKARIAN,**
PRO SE

**JOHN DOES 1-1000** represented by **JOHN DOES 1-1000**
PRO SE

**Home Saving Termite Control**          represented by **Sherry Ruggiero Fallon**

Tybout, Redfearn & Pell
300 Delaware Avenue, Ste 1100
Wilmington, DE 19801
usa
302-658-6901
Fax : 302-658-4018
Email: sfallon@trplaw.com

**Abner Defendants,** *Travis Abner, James Gill, Richard Mesquita and certain other asbestos claimants* represented by

**Bruce E. Jameson, ESQ**
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
usa
302 888-6500
Fax : 302-658-8111
*TERMINATED: 01/07/2003*

**Carol Gerard, et al.**          represented by **Kerri K Mumford**

|  |  |
|---|---|
|  | Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 600<br>Wilmington, DE 19801<br>302-467-4400<br>Fax : 302-467-4450<br>Email: mumford@lrclaw.com |
|  | **Steven K. Kortanek**<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market St.,Suite 1000<br>Suite 1000<br>Wilmington, DE 19801<br>usa<br>302-552-5503<br>Fax : 302-426-9193<br>Email: skortane@klehr.com<br>*TERMINATED: 10/07/2003* |
| **Keri Evans** | represented by **Michael Seth Etkin**<br>Lowenstein Sandler P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>usa<br>973-597-2312<br>Fax : 973-597-2313<br>Email: metkin@lowenstein.com |

1.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| -against- | ) | |
| | ) | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, ROBERT H. LOCKE, JACKIE ELLISON, MARCIA ELLISON, CARY YOUPEE, RUPPLE K. PERRY, THE STATE OF MICHIGAN, ALICE SMOLKER, GARY SMOLKER, HOME SAVING TERMITE CONTROL, GLORIA MUNOZ, EXXON MOBILE CORPORATION ET AL., AND JOHN DOES 1-1000, | ) ) ) ) ) ) ) ) ) ) | Re: Docket Nos. 359, 360 and 8582 December 19, 2005 Agenda Items 5,6, and 7 |
| Defendants. | ) | |

*Modified*

## ORDER REGARDING DEBTORS' MOTION TO EXPAND ITS PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST THE STATE OF MONTANA

Upon consideration of the *Debtors' Motion To Expand Its Preliminary Injunction To Include Actions Against The State Of Montana* (Docket No. 359) (the "Injunction Motion") and related *Plaintiffs' Motion for Leave to Amend Complaint* (Docket No. 360) (the "Motion to Amend"), and *Motion of State of Montana for Relief from the Automatic Stay* (Docket No. 8582) (the "Lift Stay Motion")(collectively the "Motions") and due and proper notice of the Motions having been given; objections having been filed, and the Court having heard arguments of counsel with respect to the Injunction Motion;, it is hereby

K&E 10903621.1

ORDERED that the Injunction Motion and the Motion to Amend are taken under advisement; and it is further

ORDERED that the Lift Stay Motion shall be held in abeyance pending ruling by this Court on the Injunction Motion; and it is further

ORDERED that in the event the Court grants the relief requested in the Injunction Motion and the Motion to Amend, the Lift Stay Motion shall be withdrawn without prejudice so long as such relief remains in effect; and it is further

ORDERED that in the event the Court denies the relief requested in the Injunction Motion and Motion to Amend, the Lift Stay Motion shall be set for hearing at the next Omnibus Hearing after the entry of the Order denying the Injunction Motion and the Motion to Amend; and it is further

ORDERED that pending the Court's ruling on the Injunction Motion and the Motion to Amend, the Montana Actions and all other similar actions that have been or may be brought against the State that arise from alleged exposure to asbestos indirectly or directly caused by the Debtors shall be temporarily stayed, *so as to preserve the status quo pending resolution. The court notes that I orally ordered a stay of discovery in the Montana suits until I can address the injunction on the merits. I did not (and was not asked to) enter a TRO.*

January 17, 2006

Judith K. Fitzgerald
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

K&E 10903621.1