IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |
| W.R. Grace & Co., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000,<br><br>        Defendants. | Adv. Proc. No. A-01-771<br><br>Ref. No. 373 |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana[1] (the "Libby Claimants"), pursuant to Fed. R. Bankr. P. 8006, designate the following items to be included in the record on appeal and submit the following statement of the issues to be presented in connection with the Libby Claimants' appeal from the order enjoining them from prosecuting their tort claims against the State of Montana in the Montana District Courts for Lincoln, Cascade, and Lewis and Clark Counties, announced by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, on December 19, 2005, and entered on January 17, 2006 [Docket No. 376].

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Main Case Docket No. 4807] filed in this case, as it may be amended and supplemented from time to time.

393.001-10711.doc

I.  **DESIGNATION OF RECORD**

The Libby Claimants hereby designate the following items to be included in the record on appeal:

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| 1 | 6/9/05 | Main Case 8582 | Motion of State of Montana for Relief from the Automatic Stay |
| 2 | 6/28/05 | Main Case 8705 | Opposition of the Official Committee of Unsecured Creditors to the Motion of the State of Montana for Relief from the Automatic Stay |
| 3 | 6/28/05 | Main Case 8707 | Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the State of Montana for Relief from the Automatic Stay |
| 4 | 6/28/05 | Main Case 8708 | Debtors' Objection to the Motion of State of Montana for Relief from the Automatic Stay |
| 5 | 8/22/05 | Adv. Proc. 359 | Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 6 | 8/22/05 | Adv. Proc. 360 | Motion for Leave to Amend Complaint filed by Debtors |
| 7 | 8/9/05 | Adv. Proc. 361 | Joinder of the Official Committee of Unsecured Creditors in the Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 8 | 10/5/05 | Adv. Proc. 362 | Response to Debtors' Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana filed by State of Montana |
| 9 | 10/7/05 | Adv. Proc. 363 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 10 | 10/7/05 | Adv. Proc. 364 | Limited Opposition of Libby Claimants to Debtors' Motion for Leave to Amend Complaint |
| 11 | 10/7/05 | Adv. Proc. 365 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 12 | 10/14/05 | Adv. Proc. 367 | Debtors' Motion for Leave to File a Reply in Further Support of their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana with Reply attached |
| 13 | 10/17/05 | Adv. Proc. 368 | Certification of Counsel filed by Libby Claimants with Second Affidavit of John L. Heberling |

393.001-10711.doc

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| 14 | 12/29/05 | Adv. Proc. 373 | Notice of Appeal filed by the Libby Claimants |
| 15 | 1/10/06 | Adv. Proc. 375 | Certification of Counsel on Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana filed by Debtors |
| 16 | 1/17/06 | Adv. Proc. 376 | Modified Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| **Transcript of December 19, 2005 Hearing** | | | |
| 17 | 1/3/06 | Main Case 11473 | Transcript of December 19, 2005 Hearing |

II.  **STATEMENT OF ISSUES ON APPEAL**

The Libby Claimants hereby submit the following statement of issues presented by this appeal:

1. Did the Bankruptcy Court have subject matter jurisdiction to stay the Libby Claimants' pending litigation against a non-debtor party, the State of Montana (the "State"), where the litigation asserts claims against the State for its own tortious conduct?

2. Even if the Bankruptcy Court had subject matter jurisdiction, did the Bankruptcy Court err in staying the Libby Claimants' pending litigation against the State based solely on the State's own tortious conduct without requiring the Debtors to establish grounds for entry of an injunction against independent third-party litigation under the stringent standards established by caselaw?

3

Dated: January 18, 2006                    LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants

4

393.001-10711.doc