IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |
| W.R. Grace & Co., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000,<br><br>    Defendants. | Adv. Proc. No. A-01-771<br><br>Ref. No. 373 |

## AMENDMENT TO NOTICE OF APPEAL

Claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana[1] (the "Libby Claimants"), hereby amend the Notice of Appeal [Docket No. 373], filed by the Libby Claimants on December 29, 2005, by inserting the words "entered on January 17, 2006 [Docket No. 376], which Order replaces and supersedes the oral order announced in open court" after "United States Bankruptcy Judge" in the first sentence thereof.[2]

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 4807] filed in this case, as it may be amended and supplemented from time to time.

[2] Pursuant to Fed. R. Bankr. P. 8002(a), "a notice of appeal filed after the announcement of a decision or order but before entry of the judgment, order, or decree shall be treated as filed after such entry and on the day thereof."

393.001-10740.doc

| | |
|---|---|
| Dated: January 19, 2006 | LANDIS RATH & COBB LLP |

*/s/ Kerri Mumford*
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants