**TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**Adversary Case #:** 01-771
**Related Bankruptcy Case #:** 01-1139
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 434 |
| **Cause of Transmittal:** | Designations on appeal filed after case has been transmitted |
| **Parties:** | **W. R. GRACE & CO., ET AL** v. **MARGARET CHAKARIAN**, et al. |

No hard copy (binders) were received by the bankruptcy court.