IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |
| W. R. GRACE & CO., et al.,<br><br>Plaintiffs.<br><br>-against-<br><br>MARGARET CHAKARIAN,<br>ROBERT H. LOCKE, JACKIE<br>ELLISON, MARCIA ELLISON,<br>CARY YOUPEE, RUPPLE K. PERRY,<br>THE STATE OF MICHIGAN, ALICE<br>SMOLKER, GARY SMOLKER,<br>HOME SAVING TERMITE<br>CONTROL, GLORIA MUNOZ,<br>EXXON MOBILE CORPORATION<br>ET AL., AND JOHN DOES 1-1000,<br><br>Defendants. | Adversary No. A-01-771 |

**COUNTER-DESIGNATION OF STATE OF MONTANA OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

The State of Montana ("Montana"), a party in interest in a bankruptcy case and party to the appeal herein, by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby files its Counter-Designation of Items to be Included in the Record on Appeal and Statement of Issues to be presented to the United States District Court for the District of Delaware from the Modified Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the

Document#: 51487

State of Montana dated January 17, 2006 (the "Order"), and respectfully represents as follows:

**Counter-Statement of Items to be Included in the Record on Appeal**

1. Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana (Entered 12/22/2005) (Docket No. 372).

**Counter-Statement of Issues to be Presented on Appeal**

1. Was the Order entered by the bankruptcy court to stay the Libby Claimants' litigation against Montana to preserve the status quo pending the Bankruptcy Court's adjudication of the Debtors' Motion for Preliminary Injunction on the merits an interlocutory order?

2. Should this Court dismiss the Libby Claimants' Appeal of an interlocutory order for lack of jurisdiction where they have failed to seek leave to appeal and a) there is no adverse impact on the assets of the estate; b) there would be a necessity for further findings on remand; c) the Order has no preclusive effect on the merits of further litigation; d) the stay of litigation furthers the interests of judicial economy; and e) a delay in the final resolution of the matter would not adversely affect the Debtors' ability to reorganize?

3. Was the entry of the Order by the bankruptcy court not clearly erroneous where it was not intended to be a temporary restraining order and merely preserves the status quo pending the bankruptcy court's determination of the Debtors' Motion for

Preliminary Injunction on the merits, especially where the stay is in the interest of the Debtors' estate and Montana and does not prejudice the rights of the Libby Claimants?

Dated: January 30, 2006

        Monzack and Monaco, PA

        Francis A. Monaco, Jr. (#2078)
        Kevin J. Mangan (#3810)
        1201 N. Orange Street, Suite 400
        Wilmington, DE 19801
        (302) 656-8162

        and

        Dale R. Cockrell, Esquire
        Christensen, Moore, Cockrell, Cummings &
        Axelberg, P.C.
        P.O. Box 7370
        Kalispell, MT 59904
        (406) 751-6003

## CERTIFICATE OF SERVICE

**I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via hand delivery and U.S. Regular Mail on January 30, 2006 upon:**

### SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 30, 2006

Kristie L. Dalton

**HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Paula A. Galbraith, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel to Debtors and Debtors in Possession)

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
(W.R. Grace & Co.)

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

David M. Bernick, P.C.
Janet S. Baer, Esq.
Lori Sinanyan, Esq.
James W. Kapp, III, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel to W.R. Grace & Co., et al.)

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(Counsel to Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
(United States Trustee)

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(Counsel to The Chase Manhattan Bank)

**HAND DELIVERY**
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Counsel to DIP Lender)

J. Douglas Bacon, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(Counsel to DIP Lender)

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to Equity Committee)

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to Equity Committee)

**HAND DELIVERY**
Mark J. Phillips, Esq.
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(Counsel to Maryland Casualty Company)

Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
(Counsel to Maryland Casualty Company)

**HAND DELIVERY**
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(Counsel to Property Damage Claimants)

**HAND DELIVERY**
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to Property Damage Claimants)

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
(Counsel to The Scotts Co.)

**HAND DELIVERY**
Daniel B. Butz, Esq.
Gregory T. Donilon, Esq.
William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(Counsel to The Scotts Co.)

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(Counsel to National Medical Care, Inc.)

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)

**HAND DELIVERY**
Herbert W. Mondros, Esq.
Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19801
(Counsel to Continental Casualty)

Elizabeth deCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
(Counsel to Continental Casualty)

**HAND DELIVERY**
Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801
(Counsel to the Lanier Law Firm Asbestos Claimants)

**HAND DELIVERY**
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to ExxonMobile)

Carl Pennicone, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(Counsel to Royal)

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern)

**HAND DELIVERY**
David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(Counsel to Gamma Holding, NV)

**HAND DELIVERY**
Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE 19801
(Counsel to the Allen Plaintiffs)

Gary Smolker
Alice Smolker
4720 Lincoln Blvd., Suite 280
Marina del Rey, CA 90292-6977

**HAND DELIVERY**
Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE 19801
(Counsel to Carol Gerard)

Brian Parker, Esq.
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201
(Counsel to Carol Gerard)

**HAND DELIVERY**
Thomas D. Walsh, Esq.
McCarter & English, LLP
919 Market St., Suite 1800
Wilmington, DE 19801
(Counsel to James and Julie Holland)

Michael S. Etkin, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
(Counsel to Keri Evans)

David K. Foust, Esq.
3030 W. Grand Boulevard
10th Floor – Suite 200
Detroit, MI 48202
(Counsel to the State of Michigan, Department of Corrections)

**HAND DELIVERY**
Kevin J. Mangan, Esq.
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
(Counsel to the State of Montana)

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801