IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

### *AMENDED[1]* MOTION TO SUSPEND BRIEFING SCHEDULE PENDING RESOLUTION OF MOTION TO DISMISS

Appellees W.R. Grace & Co. *et al.* (collectively "Grace" or "the debtor") have filed a motion to dismiss this interlocutory appeal from the bankruptcy court for lack of jurisdiction. Rather than filing a response to that motion, however, the appellants (the so-called "Libby plaintiffs" whose Montana state-court actions were stayed) proceeded to file their appellate brief on the merits, addressing jurisdiction only in passing. Grace has filed a reply brief in support of its motion to dismiss, and now respectfully moves to suspend the briefing schedule on the underlying merits appeal pending resolution of the threshold motion to dismiss.

This appeal stems from a motion filed by Grace in the bankruptcy court to expand the scope of that court's preliminary injunction to include certain state-court actions against the State

---

[1] This Amended Motion was filed to correct a typographical error in the date on page 3.

K&E 10934099.4

of Montana that arise from alleged exposure to asbestos indirectly or directly caused by Grace. The bankruptcy court *did not reach* the merits of that motion. Rather, the bankruptcy court entered an order "temporarily stay[ing]" the disputed actions "to preserve the status quo" pending its resolution of the underlying motion. *See* 1/17/06 Order (attached to Motion to Dismiss). The court specified that it "did not (and was not asked to) enter a TRO." *Id.* The state-court plaintiffs appealed the stay order to this Court.

Unless and until this Court has assured itself that it has jurisdiction over this appeal, there is no basis for this Court to reach the merits, or for the debtor to expend its limited resources to address the merits in this Court. Indeed, the bankruptcy court itself did not reach the merits of the underlying injunction issue, and it is neither necessary nor appropriate for this Court, sitting as an appellate court in bankruptcy, to address the merits of that issue in the first instance. In essence, the Libby plaintiffs are asking this Court to review a hypothetical bankruptcy court order *granting* Grace's motion to expand the preliminary injunction, when the bankruptcy court specifically declined to take that step.

Accordingly, this Court should suspend the briefing schedule on the merits appeal until it has resolved Grace's threshold motion to dismiss.

K&E 10934099.4

Dated: February 7, 2006

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        Salvatore F. Bianca
        200 East Randolph Drive
        Chicago, IL  60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        Christopher Landau
        655 Fifteenth Street, N.W.
        Washington, DC  20005
        Telephone: (202) 879-5000
        Facsimile: (202) 899-5200

        - and -

        PACHULSKI, STANG, ZIEHL, YOUNG,
        JONES & WEINTRAUB P.C.

        _____
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE  19899 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession

K&E 10934099.4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of February, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Amended Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss.**

James E. O'Neill (DE Bar No. 4042)

91100-001\DOCS_DE:115084.2

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
David B. Bernick, P.C.
Janet Baer, Esquire
Lori Sinanyan, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

W.R. Grace Montana Appeal Service List
Case No. 01-1139 (Adv No. A-01-771)
Doc. No. 115085
02 – Facsimile

*Facsimile – 302-467-4450*
(Counsel for Libby Claimants)
Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Facsimile – 617-951-0679*
(Counsel for Libby Claimants)
Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679