IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

## MOTION FOR EXTENSION OF TIME

The debtors/appellees in this matter (collectively "Grace") respectfully request a 14-day extension of time, until and including Friday, March 3, 2006, to file their response to plaintiffs/appellants' opening brief. In support of the motion, Grace states as follows:

1.   This is an appeal from a bankruptcy court order "temporarily stay[ing]" certain court actions in Montana "to preserve the status quo" pending a decision on whether to enjoin those actions.

2.   On January 30, 2006, Grace filed a motion to dismiss the appeal for lack of jurisdiction. On January 31, 2006, the State of Montana joined that motion.

3.   On February 2, 2006, before responding to the motion, appellants filed their opening appellate brief on the merits.

DOCS_DE:115264.1

4. On February 7, 2006, in response to statements regarding jurisdiction in appellants' opening merits brief, Grace filed a reply in support of its motion to dismiss, and a motion to suspend the briefing schedule on the appeal pending resolution of that motion.

5. On February 9, 2006, appellants filed a response to the motion to dismiss.

6. Earlier today, February 10, 2006, Grace filed a supplemental brief in support of the motion to dismiss. Also today, this Court denied Grace's motion to suspend the briefing schedule pending resolution of the motion to dismiss.

7. Under Bankruptcy Rule 8009(a)(2), Grace's response brief on the merits is due on February 17, 2006.

8. Grace respectfully submits that good cause exists to extend that deadline by 14 days. The deadline for filing motions for the March Omnibus Hearing in the bankruptcy court is also February 17, 2006, and the February Omnibus Hearing is on February 21, 2006. The attorneys working on this matter have been working on multiple filings for the March Omnibus Hearing and have multiple matters to prepare for the February Omnibus Hearing. In addition, those attorneys have devoted time since the filing of plaintiffs' opening brief on the merits to preparing the reply brief and supplemental briefs in support of their motion to dismiss the appeal, which remains pending. Given the press of these and other matters, Grace respectfully submits that a brief extension of time is warranted here to allow its attorneys to make a clear and effective presentation to this Court.

DOCS_DE:115264.1

Dated: February 10, 2006

                                               KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Christopher Landau
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 10th day of February, 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

MOTION FOR EXTENSION OF TIME.

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 10th day of February, 2006

*Timothy M. O'Brien*
Notary Public
My Commission Expires: 3-11-2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
David B. Bernick, P.C.
Janet Baer, Esquire
Lori Sinanyan, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

***First Class Mail***
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

Case 1:06-cv-00026-RLB    Document 16-2    Filed 02/10/2006    Page 5 of 9

W.R. Grace 01/30/06 Supplemental Service List
Case No. 01-01139
Document No. 114835.1
11 – Hand Delivery
11 – First Class Mail

**HAND DELIVERY**
Mark J. Phillips, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

**HAND DELIVERY**
Daniel B. Butz, Esquire
Gregory T. Donilon, Esquire
William H. Sudell, Jr. Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899

**HAND DELIVERY**
Herbert W. Mondros, Esquire
Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

**HAND DELIVERY**
Bernard G. Conaway, Esquire
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801

**HAND DELIVERY**
William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
David E. Wilks, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

**HAND DELIVERY**
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE 19801

**HAND DELIVERY**
Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE 19801

**HAND DELIVERY**
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market St., Suite 1800
Wilmington, DE 19801

**HAND DELIVERY**
Kevin J. Mangan, Esquire
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**FIRST CLASS MAIL**
David B. Siegel
W. R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Robert J. Sidman, Esq.<br>Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH  43216 | **FIRST CLASS MAIL**<br>David K. Foust, Esq.<br>3030 W. Grand Boulevard<br>10th Floor – Suite 200<br>Detroit, MI  48202 |
| **FIRST CLASS MAIL**<br>Edward J. Longosz, II, Esq.<br>Laura G. Stover, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>1747 Pennsylvania Avenue, NW, Suite 1200<br>Washington, DC  20006 | **FIRST CLASS MAIL**<br>Gary Smolker<br>Alice Smolker<br>4720 Lincoln Blvd., Suite 280<br>Marina del Rey, CA  90292-6977 |
| **FIRST CLASS MAIL**<br>David S. Rosenbloom, Esq.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606-5096 | **FIRST CLASS MAIL**<br>Brian Parker, Esq.<br>36 South Charles Street<br>Charles Center South<br>Suite 2200<br>Baltimore, MD  21201 |
| **FIRST CLASS MAIL**<br>Carl Pennicone, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 East 42nd Street<br>New York, NY  10017-5639 | **FIRST CLASS MAIL**<br>Michael S. Etkin, Esq.<br>Lowenstein Sandler P.C.<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| **FIRST CLASS MAIL**<br>Daniel C. Cohn<br>Christopher M. Candon<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA  02110 | |
| **FIRST CLASS MAIL**<br>Elizabeth deCristofaro, Esq.<br>Ford Marrin Esposito Witmeyer & Gleser, LLP<br>Wall Street Plaza, 23rd Floor<br>New York, NY  10005-1875 | |

W.R. Grace Preliminary Injunction 8/22/05 Service List
Case No. 01-01139
Document No. 111050
05 – First Class Mail

**First Class Mail**
Jon L. Heberling
Allan M. McGarvey
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, MT 59901

**First Class Mail**
Tom L. Lewis
Lewis, Huppert & Slovak, P.C.
PO Box 2325
Great Falls, MT 59403-2325

**First Class Mail**
Erik B. Thueson
Thueson Law Office
PO Box 280
Helena, MT 59624

**First Class Mail**
Thomas A. Baiz, Jr.
Attorney at Law
PO Box 1828
Great Falls, MT 59403

**First Class Mail**
Kurt M. Jackson
Hoyt & Blewett, PLLC
PO Box 2807
Great Falls, MT 59403-2807

W.R. Grace Montana Appeal Service List
Case No. 01-1139 (Adv No. A-01-771)
Doc. No. 115085
02 – Facsimile

*Facsimile – 302-467-4450*
(Counsel for Libby Claimants)
Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Facsimile – 617-951-0679*
(Counsel for Libby Claimants)
Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679