IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS APPEAL**

A week *after* filing their opening brief on the merits of this appeal, the Libby plaintiffs have now responded to Grace's threshold motion to dismiss the appeal. Accordingly, Grace respectfully files this supplemental brief to address that filing.

The most striking thing about plaintiffs' brief is that they do not seriously contend that there is any basis for this Court to grant them leave to file this appeal under 28 U.S.C. § 158(a)(3); rather, they insist that they are entitled to an appeal "as of right" under 28 U.S.C. § 1292(a)(1). Pls.' Resp. Br. 2, 9. That approach is not surprising, because plaintiffs cannot possibly justify a discretionary interlocutory appeal of a ruling that the bankruptcy court has not yet made, and may make at any time.

Thus, plaintiffs find themselves in the curious position of arguing that this Court's jurisdiction over this appeal is governed by 28 U.S.C. § 1292, which governs appeals from the district courts to the courts of appeals, rather than by 28 U.S.C. § 158, which governs appeals

K&E 10934099.4

from the bankruptcy courts to the district courts. They do not base that counter-intuitive position on any statutory language; indeed, they do not even quote the language of the relevant statutes. Rather, they base their position entirely on caselaw purporting to apply the relevant statutes.

But the only appellate authority they cite in support of their position is unsupported *dicta* from a footnote in a Third Circuit opinion. *See* Pls.' Resp. Br. 9 (citing *In re Professional Ins. Mgm't*, 285 F.3d 268, 282 n.16 (3d Cir. 2002)); *cf. Kontrabecki v. Lehman Bros. Holdings, Inc.*, 2006 WL 249515, at *2 (N.D. Cal. Feb. 1, 2006) (noting that *Professional Insurance* is "dicta" on this point). Under settled Third Circuit law, of course, that *dicta* is not binding on this Court. *See, e.g., Ponnapula v. Ashcroft*, 373 F.3d 480, 488 n.5 (3d Cir. 2004); *Kool, Mann, Coffee & Co. v. Coffey*, 300 F.3d 340, 355 (3d Cir. 2002); *Pryor v. National Collegiate Athletic Ass'n*, 288 F.3d 548, 568 (3d Cir. 2002); *South Camden Citizens in Action v. New Jersey Dep't of Envt'l Protection*, 274 F.3d 771, 784 (3d Cir. 2001). Plaintiffs make no attempt whatsoever to deal with the Second Circuit's contrary **holding** that § 158(a)(3), not § 1292(a)(1), governs appeals from bankruptcy courts to district courts. *See In re Kassover*, 343 F.3d 91, 93-95 (2d Cir. 2003); *see also In re Forty-Eight Insulations, Inc.*, 115 F.3d 1294, 1299-1300 (7th Cir. 1997) (same). Thus, the appellate caselaw simply does not support plaintiffs' counter-intuitive and anti-textual position.

The Libby plaintiffs thus ultimately base their position on a smattering of district court decisions invoking authority under § 1292(a)(1) to hear appeals from bankruptcy court injunctions. *See* Pls.' Resp. Br. 10-11. Those citations, however, at most prove that the district courts are divided on this point: there are as many, if not more, district court cases holding that § 158(a)(3) provides the exclusive mechanism for appealing interlocutory bankruptcy court orders to the district court, and that § 1292(a)(1) does not apply to such appeals. *See, e.g., In re*

*Quigley Co.*, 323 B.R. 70, 76-77 (S.D.N.Y. 2005); *In re Enron Corp.*, 316 B.R. 767, 770 (S.D.N.Y. 2004); *In re Johns-Manville Corp.*, 2004 WL 385118, at *1 (S.D.N.Y. Mar. 1, 2004); *In re Mirzai*, 271 B.R. 647, 651 & n.4 (C.D. Cal. 2001); *In re First Alliance Mortgage Co.*, 269 B.R. 424, 427 & n.6 (C.D. Cal. 2001); *In re First Alliance Mortgage Co.*, 264 B.R. 634, 644 & n.9 (C.D. Cal. 2001). The task here is not counting up the number of district courts on either side of the issue, but figuring out which line of cases is more persuasive.

The bottom line here is that Congress could have included, but did not, a provision analogous to § 1292(a)(1) in § 158. Plaintiffs essentially seek to rewrite the statute to do just that. But Congress decided to vest the district courts with discretion over *all* appeals from interlocutory bankruptcy court orders. *See* § 158(a)(3). In many cases, of course, a district court will exercise its discretion to hear an appeal where the bankruptcy court grants an injunction that would have been appealable as of right under § 1292(a)(1) if granted by the district court itself. Grace respectfully submits that this is not such a case. Here, as noted above, there is no sound basis for an interlocutory appeal under § 158(a)(3), because the bankruptcy court ***has expressly withheld judgment*** on whether to grant the requested injunction, and may decide that issue at any time. If and when that court does grant an injunction, plaintiffs are free to seek an appeal at that time.

Regardless of the foregoing jurisdictional issue, in no event is it either necessary or appropriate for this Court to address the ***merits*** of plaintiffs' appeal, which challenges a ruling that the bankruptcy court has not yet made. If this Court were to deny the motion to dismiss, it would necessarily conclude that the bankruptcy court's stay order is in fact an injunction, which the bankruptcy court did not purport to grant (and did not justify on the merits). Thus, even if this Court were to conclude that it has jurisdiction over this appeal, the proper outcome would

not be to address the merits of the requested injunction in the first instance, but send the issue back to the bankruptcy court to address that issue.

Dated: February 10, 2006

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> Salvatore F. Bianca
> 200 East Randolph Drive
> Chicago, IL  60601
> Telephone: (312) 861-2000
> Facsimile: (312) 861-2200
>
> Christopher Landau
> 655 Fifteenth Street, N.W.
> Washington, DC  20005
> Telephone: (202) 879-5000
> Facsimile: (202) 879-5200
>
> - and -
>
> PACHULSKI, STANG, ZIEHL, YOUNG,
> JONES & WEINTRAUB P.C.
>
> /s/ James E. O'Neill
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> 919 North Market Street, 16th Floor
> P.O. Box 8705
> Wilmington, DE  19899 (Courier 19801)
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in Possession

K&E 10934099.4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | No. 06-26 |
| | ) | Hon. Hon. Ronald L. Buckwalter |
| Debtors. | ) | United States District Judge |
| | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.*, | ) | Appeal from United States Bankruptcy |
| AND JOHN DOES 1-1000, | ) | Court for the District of Delaware |
| | ) | |
| Appellants, | ) | |
| | ) | Case No. 01-01139 (Jointly Administered) |
| v. | ) | Adversary No. A-01-771 |
| | ) | Hon. Judith K. Fitzgerald |
| W. R. GRACE & CO., *et al.* | ) | Chapter 11 |
| | ) | |
| Appellees. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       )SS
COUNTY OF NEW CASTLE   )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 10th day of February, 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS APPEAL.**

_/s/ Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 10th day of February, 2006

_/s/ Mary Corcoran_
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
David B. Bernick, P.C.
Janet Baer, Esquire
Lori Sinanyan, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

W.R. Grace 01/30/06 Supplemental Service List
Case No. 01-01139
Document No. 114835.1
11 – Hand Delivery
11 – First Class Mail

**HAND DELIVERY**
Mark J. Phillips, Esquire
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

**HAND DELIVERY**
Daniel B. Butz, Esquire
Gregory T. Donilon, Esquire
William H. Sudell, Jr. Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE  19899

**HAND DELIVERY**
Herbert W. Mondros, Esquire
Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE  19801

**HAND DELIVERY**
Bernard G. Conaway, Esquire
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE  19801

**HAND DELIVERY**
William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**HAND DELIVERY**
David E. Wilks, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801

**HAND DELIVERY**
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE  19801

**HAND DELIVERY**
Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE  19801

**HAND DELIVERY**
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market St., Suite 1800
Wilmington, DE  19801

**HAND DELIVERY**
Kevin J. Mangan, Esquire
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**FIRST CLASS MAIL**
David B. Siegel
W. R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**FIRST CLASS MAIL**
Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH 43216

**FIRST CLASS MAIL**
Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006

**FIRST CLASS MAIL**
David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

**FIRST CLASS MAIL**
Carl Pennicone, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

**FIRST CLASS MAIL**
Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

**FIRST CLASS MAIL**
Elizabeth deCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

**FIRST CLASS MAIL**
David K. Foust, Esq.
3030 W. Grand Boulevard
10th Floor – Suite 200
Detroit, MI 48202

**FIRST CLASS MAIL**
Gary Smolker
Alice Smolker
4720 Lincoln Blvd., Suite 280
Marina del Rey, CA 90292-6977

**FIRST CLASS MAIL**
Brian Parker, Esq.
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

**FIRST CLASS MAIL**
Michael S. Etkin, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068

W.R. Grace Preliminary Injunction 8/22/05 Service List
Case No. 01-01139
Document No. 111050
05 – First Class Mail

**First Class Mail**
Jon L. Heberling
Allan M. McGarvey
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, MT 59901

**First Class Mail**
Tom L. Lewis
Lewis, Huppert & Slovak, P.C.
PO Box 2325
Great Falls, MT 59403-2325

**First Class Mail**
Erik B. Thueson
Thueson Law Office
PO Box 280
Helena, MT 59624

**First Class Mail**
Thomas A. Baiz, Jr.
Attorney at Law
PO Box 1828
Great Falls, MT 59403

**First Class Mail**
Kurt M. Jackson
Hoyt & Blewett, PLLC
PO Box 2807
Great Falls, MT 59403-2807

W.R. Grace Montana Appeal Service List
Case No. 01-1139 (Adv No. A-01-771)
Doc. No. 115085
02 – Facsimile


*Facsimile – 302-467-4450*
(Counsel for Libby Claimants)
Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Facsimile – 617-951-0679*
(Counsel for Libby Claimants)
Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679