IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIBBY CLAIMANTS, | : | CIVIL ACTION NO. 06-26 |
| Appellants, | : | |
| v. | : | BANKRUPTCY CASE NO. 01-1139 |
| W.R. GRACE, et al., | : | |
| Appellees. | : | |

**ORDER**

AND NOW, this 10th day of February, 2006, upon consideration of Appellees' Amended Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss (Docket No. 14), it is hereby **ORDERED** that Appellees' Motion is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.