IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Adv. Proc. No. 01-771<br><br>Jointly Administered |
| Libby Claimants,<br><br>    Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>    Appellees. | C.A.06-00026-RLB |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR. 7.1.4, the claimants injured by exposure to tremolite asbestos from Grace's operations in and near Libby, Montana (the "Libby Claimants"),[1] hereby notify the Court that briefing is complete on this appeal (the "Appeal") and, given the continuing harm to the Libby Claimants as a result of the Bankruptcy Court's preliminary injunction, respectfully request oral argument on the Appeal at the Court's earliest convenience.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Bankr. Case D.I. 11624] filed in the bankruptcy case (Case No. 01-01139 (JFK)), as it may be amended and restated from time to time.

393.001-11491.doc

<table>
<tr><td>Dated: March 10, 2006</td><td>LANDIS RATH & COBB LLP<br><br>/s/ Kerri Mumford<br>Adam G. Landis (No. 3407)<br>Kerri Mumford (No. 4186)<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Daniel C. Cohn, Esq.<br>Christopher M. Candon, Esq.<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>Counsel for the Libby Claimants</td></tr>
</table>

393.001-11491.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Adv. Proc. No. 01-771<br><br>Jointly Administered |
| Libby Claimants,<br><br>    Appellants,<br><br>v.<br><br>W.R. Grace & Co., *et al.*,<br><br>    Appellees. | C.A.06-00026-RLB |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the Request for Oral Argument (the "Request") using CM/ECF. On February 10, 2006, in addition to the electronic service to participants, I hereby certify that I caused the Request to be served via hand delivery to the following parties:

**Debtors**

Laura Davis Jones, Esquire
James E. O'Neill, III, Esquire
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB
919 Market Street, 17th Floor
Wilmington, DE 19801

**Official Committee of Unsecured Creditors**

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| **Official Committee of Equity Holders** | **U.S. Trustee** |
| Teresa K.D. Currier, Esquire<br>KLETT ROONEY LIEBER & SCHORLING<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Frank J. Perch, Esquire<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 N. King Street<br>Wilmington, DE 19801 |
| **DIP Lender** | **The Chase Manhattan Bank** |
| Steven M. Yoder, Esquire<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>RICHARDS LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington, DE 19801 |
| **Maryland Casualty Company** | **Property Damage Claimants** |
| Mark J. Phillips, Esquire<br>Jeffrey Wisler, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19801 | Michael B. Joseph, Esquire<br>FERRY JOSEPH & PEARCE P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801 |
| **The Scotts Co.** | **Continental Casualty** |
| Daniel B. Butz, Esquire<br>Gregory T. Donilon, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>Wilmington, DE 19801 | Herbert W. Mondros, Esquire<br>Kevin Gross, Esquire<br>ROSENTHAL MONHAIT GROSS & GODDESS<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 |
| **Lanier Law Firm Asbestos Claimants** | **Exxon/Mobile** |
| Bernard G. Conaway, Esquire<br>FOX ROTHSCHILD LLP<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801 | William E. Chipman, Jr., Esquire<br>GREENBERG TRAURIG LLP<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 |
| **Gamma Holding, NV** | **Allen Plaintiffs** |
| David E. Wilks, Esquire<br>BUCHANAN INGERSOLL PC<br>1007 N. Orange Street, Suite 1100<br>Wilmington, DE 19801 | Kathleen M. Miller, Esquire<br>SMITH, KATZENSTEIN & FURLOW LLP<br>800 Delaware Avenue<br>Wilmington, DE 19801 |

| | |
|---|---|
| **Carol Gerard** | **James and Julie Holland** |
| Steven K. Kortanek, Esquire<br>KLEHR HARRISON HARVEY<br>BRANZBURG & ELLERS<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Thomas D. Walsh, Esquire<br>MCCARTER & ENGLISH LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| **State of Montana** | **Official Committee of Personal Injury Claimants** |
| Kevin J. Mangan, Esquire<br>MONZACK AND MONACO PA<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801 | Marla R. Eskin, Esquire<br>CAMPBELL & LEVINE, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |

I hereby certify that on February 10, 2006, I caused to be mailed by the United States Postal Service, the Request to following parties:

| | |
|---|---|
| **Debtors** | **W.R. Grace & Co.** |
| David M. Bernick, PC<br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | David B. Siegel<br>W.R. GRACE AND CO.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| **Official Committee of Personal Injury Claimants** | **Official Committee of Unsecured Creditors** |
| Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005 | Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038 |

| | |
|---|---|
| **Official Committee of Property Damage Claimants**<br><br>Scott L. Baena, Esquire<br>Richard M. Dunn, Esquire<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131-5340 | **Official Committee of Equity Holders**<br><br>Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| **Official Committee of Unsecured Creditors**<br><br>William S. Katchen, Esquire<br>DUANE MORRIS LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 | **DIP Lender**<br><br>J. Douglas Bacon, Esquire<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| **Maryland Casualty Company**<br><br>Edward J. Longosz, II, Esquire<br>Laura G. Stover, Esquire<br>ECKERT SEAMANS CHERIN & MELLOTT LLC<br>1747 Pennsylvania Avenue, N.W. Suite 1200<br>Washington, DC 20006 | **Official Committee of Asbestos Personal Injury Claimants**<br><br>Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 |
| **The Scotts Co.**<br><br>Robert J. Sidman, Esquire<br>Tiffany S. Cobb, Esquire<br>VORYS, SATER, SEYMOUR & PEASE<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216 | **National Medical Care, Inc.**<br><br>David S. Rosenbloom, Esquire<br>MCDERMOTT, WILL & EMERY<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| **Libby Plaintiffs**<br><br>Daniel C. Cohn, Esquire<br>COHN WHITESELL & GOLDBERG LLP<br>101 Arch Street<br>Boston, MA 02110 | **Continental Casualty**<br><br>Elizabeth deCristofaro, Esquire<br>FORD MARRIN ESPOSITO WITMEYER & GLESER L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 |

| | |
|---|---|
| **Royal** | **State of Michigan, Department of Corrections** |
| Carl Pennicone, Esquire<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | David K. Foust, Esquire<br>3030 W. Grand Boulevard<br>10th Floor, Suite 200<br>Detroit, MI 48202 |
| **Carol Gerard** | **Keri Evans** |
| Brian Parker, Esquire<br>36 South Charles Street, Suite 2200<br>Baltimore, MD 21201 | Michael S. Etkin, Esquire<br>LOWENSTEIN SANDLER P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Gary Smolker<br>Alice Smolker<br>4720 Lincoln Blvd, Suite 280<br>Marina Del Rey, CA 90292-6977 | **David T. Austern**<br><br>John C. Phillips, Jr. Esquire<br>PHILLIPS GOLDMAN & SPENCE P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Dated: March 10, 2006 | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>Counsel for the Libby Claimants |